UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12CR00278-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUSTIN WILLIAM MOORE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUSTIN WILLIAM MOORE , Case No. 2:12CR00278-JAM , Charge  21USC § 841(a)(1) and 21USC § 953(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ 100,000.00

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)   Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 4, 2012  at  2:55 pm .

By  **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal