**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**
Telephone:  (209) 477-1800
Facsimile:  (209) 477-1821

**Attorney for Justin William Moore**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN WILLIAM MOORE,<br><br>    Defendant.<br>_____/ | Case Number 2:12-CR-00278-JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE HEARING<br><br>Date:   January 22, 2013<br>Time:   9:45 a.m.<br>Courtroom 6<br>Honorable John A. Mendez |

　　　　The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of December 11, 2012, at 9:45 a.m. in Courtroom Number 6 and reset it for January 22, 2013, at 9:45 a.m. in Courtroom Number 6.

　　　　It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to January 22, 2013, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted

Dated:  December 7, 2012　　　　　　　/s/ Vittoria M. Bossi_____
　　　　　　　　　　　　　　　　　　　　Attorney for Justin William Moore

Dated:  December 7, 2012　　　　　　　/s/ Jeffrey Spivak_____
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　(Signed by Vittoria Bossi per verbal approval)

# **ORDER**

**IT IS HEREBY ORDERED:** That the hearing set for December 11, 2012, is vacated and is continued to January 22, 2013, at 9:45 a.m. in Courtroom Number 6.

It is further ORDERED that the time under the Speedy Trial Act between today's date and January 22, 2013, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated: 12/11/2012        /s/ John A. Mendez
                         HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE