1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA  95207**
3  **Telephone:  (209) 477-1800**
   **Facsimile:  (209) 477-1821**
4
   **Attorney for Justin William Moore**
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 2:12-CR-00278-JAM |
| Plaintiff, | |
| vs. | **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| JUSTIN WILLIAM MOORE, | |
| Defendant. | Judge:  Honorable John A. Mendez |
| _____/ | |

The Defendant, JUSTIN WILLIAM MOORE, by and through his attorney, and the Government, by and through its attorney, hereby stipulate as follows:

That the Defendant's electronic monitoring ("EM") condition be removed. All other terms and conditions of his pretrial release previously imposed remain in effect.

The Defendant has been living in Stockton, California since being released. The Defendant's pre-trial supervision officer, U.S. Pretrial Services Officer Darryl Walker, reports that the Defendant been compliant with all of his release conditions.

Respectfully submitted

Dated: January 3, 2013     /s/ Vittoria M. Bossi
                          Attorney for Justin William Moore

Dated: January 3, 2013     /s/ Jeffrey A. Spivak
                          Special Assistant United States Attorney
                          (Signed by Vittoria Bossi per verbal approval)

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/7/2013           /s/ John A. Mendez
                          HONORABLE  JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE