**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**
**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Justin William Moore**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 2:12-CR-00278-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| JUSTIN WILLIAM MOORE, | Date:   April 30, 2013 |
| Defendant. | Time:   9:45 |
| _____/ | Courtroom 6 |
| | Honorable John A. Mendez |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of April 30, 2013, at 9:45 a.m. in Courtroom Number 6 and reset it for June 11, 2013, at 9:45 a.m. in Courtroom Number 6.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 11, 2013, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

Respectfully submitted

Dated:  March 27, 2013   /s/ Vittoria M. Bossi_____
                          Attorney for Justin William Moore

Dated:  March 27, 2013   /s/ Jeffrey Spivak_____
                          Assistant United States Attorney
                          (Signed by Vittoria Bossi per verbal approval)

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

# **ORDER**

**IT IS HEREBY ORDERED:** That the hearing set for April 30, 2013, is vacated and is continued to June 11, 2013, at 9:45 a.m. in Courtroom Number 6.

It is further ORDERED that the time under the Speedy Trial Act between today's date and June 11, 2013, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

Dated:  4/1/2013              /s/ John A. Mendez
                              HONORABLE  JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE