**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**
**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Justin William Moore**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Number 2:12-CR-00278-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR RELEASE OF PROPERTY POSTED FOR APPEARANCE BOND |
| **JUSTIN WILLIAM MOORE,** | |
| Defendant. | |
| _____/ | |

The matter came before the Court on July 30, 2013.  AUSA Jill Thomas was present and Vittoria Bossi was present for defendant, Justin William Moore.  Parties stipulate that the Government will not seek forfeiture of the real property posted for the appearance bond.

Respectfully submitted

Dated:  August 29, 2013        /s/ Vittoria M. Bossi_____
                                Attorney for Justin William Moore

Dated:  August 29, 2013        /s/ Jill Thomas_____
                                Assistant United States Attorney
                                (Signed by Vittoria Bossi per verbal approval)

1
STIPULATION AND [PROPOSED] ORDER
TO RELEASE PROPERTY POSTED FOR APPEARANCE BOND

# **ORDER**

**IT IS HEREBY ORDERED:** That a full reconveyance of said property be executed.

Dated: 9/3/2013        /s/ John A. Mendez
                      HONORABLE JOHN A. MENDEZ
                      UNITED STATES DISTRICT COURT JUDGE