SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
JUSTIN WILLIAM MOORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00278 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| v. | |
| JUSTIN WILLIAM MOORE, | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, JUSTIN MOORE, by and through his counsel of record, hereby stipulate that Presentence Report previously filed by the U.S. Probation Department on May 21, 2013 (ECF Doc. No. 27), and the Supplemental Presentence Report filed by the U.S. Probation Department on October 1, 2013 (ECF Doc. No. 41), satisfy the requirement that the U.S. Probation Department file a Proposed Presentence Report on March 4, 2014. The sentencing date, and all other dates related to the disclosure and objection schedule, remain unchanged and are set forth below for clarity:

/ / /

/ / /

1

| | |
|---|---|
| Proposed Presentence Report: | Completed |
| Counsel's Written Objections to Probation: | March 18, 2014 |
| Pre-Sentence Report Filed with the Court: | March 25, 2014 |
| Motion for Correction to PSR: | April 1, 2014 |
| Reply or Statement of Non-Opposition: | April 8, 2014 |
| Judgment and Sentencing: | April 15, 2014 at 9:45 A.M. |

The United States Probation Department has been consulted about this stipulation and has no objection. Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for JUSTIN MOORE to sign and file it on her behalf.

IT IS SO STIPULATED.

DATED:   January 14, 2014      /s/Jill Thomas
                               Jill Thomas
                               Assistant United States Attorney

DATED:   January 14, 2014      /s/Scott Cameron
                               Scott Cameron
                               Attorney for JUSTIN MOORE

## O R D E R

IT IS SO ORDERED this 15th day of January, 2014.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE