SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
JUSTIN WILLIAM MOORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JUSTIN WILLIAM MOORE,<br><br>　　　　　　　　Defendant, | CASE NO.  12-CR-00278 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

　　Plaintiff, United States of America, by and through its counsel of record, and defendant, JUSTIN MOORE, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for April 15, 2014, may be continued to May 6, 2014, at 9:45 a.m. Defendant requests the additional time to accommodate an ongoing investigation and additional legal research. The parties further stipulate that the disclosure schedule may be modified as set forth below:

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Proposed Presentence Report: | Completed |
| Counsel's Written Objections to Probation: | April 8, 2014 |
| Pre-Sentence Report Filed with the Court: | April 15, 2014 |
| Motion for Correction to PSR: | April 22, 2014 |
| Reply or Statement of Non-Opposition: | April 29, 2014 |
| Judgment and Sentencing: | May 6, 2014 at 9:45 A.M. |

The United States Probation Department has been consulted about this stipulation and has no objection. Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for JUSTIN MOORE to sign and file it on her behalf.

IT IS SO STIPULATED.

DATED:   March 11, 2014    /s/Jill Thomas
                           Jill Thomas
                           Assistant United States Attorney

DATED:   March 11, 2014    /s/Scott Cameron
                           Scott Cameron
                           Attorney for JUSTIN MOORE

**O R D E R**

IT IS SO ORDERED this 11TH day of March, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2