1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12CR278-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE PRELIMINARY HEARING AND REQUEST ADMIT/DENY HEARING; FINDINGS AND ORDER]** |
| vs. | |
| JUSTIN WILLIAM MOORE, | Date: September 12, 2023 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Allison Claire |

## I.

## **STIPULATION**

1. The Court previously set this matter for a preliminary hearing to take place on September 12, 2023.

2. The parties request that the Court vacate the preliminary hearing because discovery has been provided and the parties have made significant progress in attempting to resolve the case.

3. The parties request that the Court and set an admit/deny hearing for September 26, 2023 at 9:00 a.m before Judge Mendez. The parties have cleared the date with the District Court.

IT IS SO STIPULATED.

//

//

//

STIPULATION                      -1-                      *United States v. Moore,*
                                                          2:12cr278-JAM

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 8, 2023 | | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Moore |
| Date: September 8, 2023 | | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  September 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE