HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00278-JAM |
| Plaintiff, | **STIPULATION TO CONTINUE DISPOSITIONAL HEARING; FINDINGS AND ORDER** |
| vs. | |
| JUSTIN WILLIAM MOORE, | Date: November 14, 2023 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to take place on November 14, 2023.

2. Mr. Moore requests that the dispositional hearing be continued to **November 21, 2023, at 9:00 a.m**. Defense counsel is ill and needs additional time to adequately prepare for the hearing.

3. The government does not object to Mr. Moore's request.

4. U.S. Probation and the District Court are available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION -1- *United States v. Moore,*
2:12cr278-JAM

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 8, 2023 | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Moore |
| Date: November 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 08, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE